

Application granted.

SO ORDERED.

*P. Kevin Castel*
United States District Judge

August 23, 2019

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8663

August 22, 2019

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:  *Steck v. DiNapoli, et al.*, 19 CV 05015 (PKC) (BCM)

Dear Judge Castel:

    This Office represents Defendants Thomas P. DiNapoli, H. Carl McCall, Scott Stringer, William C. Thompson, Jr., and The State of New York (collectively "Defendants") in the above-referenced matter. We write to respectfully request an extension of time, from August 26, 2019 to August 30, 2019, for Defendants to submit a pre-motion letter in connection with Defendants' anticipated motion to dismiss the amended complaint. Plaintiffs consent to this request.

    This four-day extension of time is requested to allow this Office sufficient time to fully evaluate the allegations in the amended complaint and draft a pre-motion letter describing the grounds for dismissal. Plaintiffs' amended complaint challenges legislation concerning the ability of state legislators to earn outside income, and raises numerous constitutional issues under the First and Fourteenth Amendments, as well as other claims. This case is also related to two cases that are currently pending in state court. Accordingly, we require additional time to analyze the substance and procedural posture of those related matters.

    On July 31, 2019, Your Honor granted Plaintiffs leave to amend their complaint by August 12, 2019, and directed Defendants to file any pre-motion letter by August 26, 2019. *See* ECF No. 22. This is the first request for an extension of that deadline.[1]

---

[1] Defendants previously requested an extension of time to respond to Plaintiffs' original complaint, which was granted on June 25, 2019. *See* ECF Nos. 14-15.

Hon. P. Kevin Castel
August 22, 2019
Page 2

    Thank you for your consideration of this request.

                        Respectfully submitted,

                        */s/ Mark E. Klein*
                        Mark E. Klein
                        Assistant Attorney General
                        28 Liberty Street
                        New York, NY 10005
                        (212) 416-8663
                        Mark.Klein@ag.ny.gov

cc:  Plaintiffs' counsel (by ECF)